Jeremy E. Shulman (#257582)
 jshulman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Defendant
WACHOVIA MORTGAGE, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB and sued herein separately as "Wells Fargo Bank, N.A.; a United States Corporation; Wachovia Mortgage Corporation, a North Carolina Corporation; World Savings and Loan Association" (collectively "Wachovia")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| LANSING E. EBERLING AND LURA EBERLING,<br><br>Plaintiffs,<br><br>vs.<br><br>R.M. STERLING MORTGAGE SERVICES, INC., etc., et al.,<br><br>Defendants. | CASE NO. 8:10-cv-01831-AG-RNB<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>[Assigned to the Hon. Andrew J. Guilford, Courtroom 10-D] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

By order dated December 17, 2012 (Dkt. 162), the Court granted the motion for summary judgment of defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, and sued here separately as "Wells Fargo Bank, N.A.; a United States Corporation; Wachovia Mortgage Corporation, a North Carolina Corporation; World Savings and Loan Association" (collectively

...

1  "Wachovia Mortgage, a division of Wells Fargo Bank, N.A."), disposing of all
2  claims against Wachovia Mortgage, a division of Wells Fargo Bank, N.A. in
3  Plaintiffs' Third Amended Complaint.

4       By order dated June 3, 2013 (Dkt. 198), the Court granted the motion for
5  summary judgment filed by defendant American Express Travel Related Services
6  Company, Inc. ("American Express") as to all claims asserted against American
7  Express in Plaintiffs' Third Amended Complaint.

8       By order dated June 10, 2013 (Dkt. 201), the Court, at the final pre-trial
9  conference, dismissed remaining defendants R.M. Sterling Mortgage Services,
10 Inc., John Alvin Bohl, III, Roy McGovern, Andres Edward Mendez, and Does 2 to
11 100.

12      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

13      1.   Judgment is entered in favor of Wachovia Mortgage, a division of
14 Wells Fargo Bank, N.A., American Express, R.M. Sterling Mortgage Services,
15 Inc., John Alvin Bohl, III, Roy McGovern, Andres Edward Mendez, Does 2 to
16 100, and against Plaintiffs Lansing E. Eberling and Lura J. Eberling.

17      2.   Defendants Wachovia Mortgage, a division of Wells Fargo Bank,
18 N.A., and American Express are dismissed from this action with prejudice.

19      3.   Defendants R.M. Sterling Mortgage Services, Inc., John Alvin Bohl,
20 III, Roy McGovern, Andres Edward Mendez are dismissed from this action with
21 prejudice.

22      4.   Plaintiffs shall take and recover nothing in this action from Wachovia
23 Mortgage, a division of Wells Fargo Bank, N.A., American Express, R.M. Sterling
24 Mortgage Services, Inc., John Alvin Bohl, III, Roy McGovern, Andres Edward
25 Mendez.

26 DATED: _June 17, 2013_____  *[signature]*

27 ──────────
                      THE HON. ANDREW J. GUILFORD
28                       UNITED STATES DISTRICT JUDGE